Anthony J. Ellrod, Esq., State Bar No. 136574
Cirrus Alpert, Esq., State Bar No. 234533
MANNING & KASS,
ELLROD, RAMIREZ, TRESTER LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
Email: aje@mmker.com

Attorneys for Defendant Bally Total Fitness of California, Inc. (erroneously sued herein as Bally Total Fitness Corporation, Bally Total Fitness of the Mid-Atlantic, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANDA P. AQUINO,<br><br>    Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC; and BALLY TOTAL FITNESS CORPORATION, BALLY TOTAL FITNESS OF CALIFORNIA, INC., BALLY TOTAL FITNESS OF THE MID-ATLANTIC, INC.,<br><br>    Defendants. | Case No.: CV 10-5613 TEH<br><br>**JOINT STIPULATION TO DISMISS PLAINTIFF'S ACTION AGAINST BALLY TOTAL FITNESS OF CALIFORNIA, INC. WITH PREJUDICE** |

TO THE HONORABLE CLERK OF THE COURT:

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the action filed by plaintiff Vanda P. Aquino

///
///
///
///
///

-1-

on or about December 20, 2010, be and hereby is dismissed as to all parties, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

Dated: March 28, 2011

LAW OFFICES OF TAGHI ASTANEHE

By: _____
Taghi Astanehe
Attorneys for Plaintiff:
Vanda P. Aquino

Dated: March 28, 2011

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By: _____
Anthony J. Ellrod, Esq.
Cirrus A. Alpert, Esq.
Attorneys for Defendant:
Defendant Bally Total Fitness of California, Inc.

Dated: March 21, 2011

SCHUCKIT & ASSOCIATES, P.C.

By: _____
Karen Butler Reisinger, Esq.
Attorneys for Defendant:
Trans Union, LLC

**IT IS SO ORDERED**
03/29/2011
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

STIPULATION OF DISMISSAL

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 801 South Figueroa Street, 15th Floor, Los Angeles, California 90017.

On March 28, 2011, I served the document described as **JOINT STIPULATION TO DISMISS PLAINTIFF'S ACTION AGAINST BALLY TOTAL FITNESS OF CALIFORNIA, INC. WITH PREJUDICE** on the interested parties in this action by electronically filing this document as required by the court in its Electronic Case Filing (ECF) Program:

Taghi Astanehe, Esq.
Law Offices of Taghe Astanehe
819 Eddy Street
San Francisco, CA 94109
Tel: (650)281-6342
Fax: (415)520-0808
taghi4193@yahoo.com
*Attorneys for Plaintiff Vanda P. Aquino*

Karen B. Reisinger, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Tel: (317) 363-2400
Fax: (317) 363-2257
kreisinger@schuckitlaw.com
*Lead Counsel for Trans Union, LLC*

Michael W. Bien, Esq.
Sumana Cooppan, Esq.
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Tel:  (415) 433-6830
Fax: (415) 533-7104
mbien@rbg-law.com
scooppan@rgb-law.com
*Local Counsel for Defendant Trans Union, LLC*

☒ **(BY ELECTRONIC MAIL)** I caused such document to be delivered via electronic mail to the party referenced above as required by the court in its Electronic Case (ECF) Program.

☒ **(BY MAIL)** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒   **(FEDERAL)**  I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on March 28, 2011, at Los Angeles, California.

By: *Norma Limon*

037-35462